IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDAS COTTON, | No. C 06-6911 WHA (PR) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME AND DENYING PETITIONER'S MOTION FOR ENTRY OF DEFAULT** |
| vs. | |
| ROBERT L. WONG, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. Respondent's motion for an extension of time to file his answer (document number 17 on the docket) is **GRANTED**. The answer is deemed timely. Respondent's earlier motion (document 15) is **DENIED** as moot. Petitioner's motion for entry of default (document 16) is **DENIED** because respondent has filed the answer within the time as extended and because defaults are disfavored in habeas cases. *See Bleitner v. Welborn*, 15 F.3d 652, 653 (7th Cir. 1994).

**IT IS SO ORDERED.**

Dated: February 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\COTTON911.EXT-R.wpd